IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FENNY SCHMIDT,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CASE NO.** 23-252 |
| **LVNV FUNDING, LLC,** | : | |
| **Defendant.** | : | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant, LVNV Funding, LLC ("LVNV") hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1. LVNV is the Defendant in a civil action originally filed on January 9, 2023, in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Fenny Schmidt v. LVNV Funding, LLC and* docketed to Case No. AR-23-000077.

2. This removal is timely under 28 U.S.C. § 1446(b). LVNV received service of Plaintiff's Complaint by Certified Mail on January 17, 2023.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against LVNV alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, LVNV has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant, LVNV respectfully removes this case to the United States District for the Western District of Pennsylvania.

        Respectfully submitted,

        **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
      LAUREN M. BURNETTE, ESQUIRE
      PA Bar No. 92412
      12276 San Jose Blvd.
      Suite 718
      Jacksonville, FL 32223
      (904) 527-1172
      (904) 683-7353 (fax)
      lburnette@messerstrickler.com
      *Counsel for Defendant LVNV Funding, LLC*

Dated: February 16, 2023

## CERTIFICATE OF SERVICE

I certify that on February 16, 2023, a true copy of the foregoing document was served on all counsel of record via electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: February 16, 2023